MARIO TAPPARELLI FU PIETRO OF AMERICA, INC., v. A. L. GOSSELIN CORPORATION.— Application denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

D. H. JACKSON COMPANY, INC., v. ISIDOR MOSS.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SOPHIE BRENNER v. FIRE ASSOCIATION OF PHILADELPHIA.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MANHATTAN FEE COMPANY, INC., v. KITTY O'BRADOWITZ.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARGARET CARY v. CHAMBERS BROS. FURRIERS, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FRANK SILINSKY and Others v. HARVEY A. WILLIS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOUIS FONTANELLA v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs. Order filed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. COLNE v. ALFRED E. SMITH and Others.— Motion granted. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MICHAEL J. LEAHY v. LUCIUS ENGINEERING COMPANY.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of CAROLYN F. MORGAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ROLAND J. S. MARSH and Others v. ROLAND D. J. RAUGHT and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

COMMERCIAL UNION OF AMERICA, INC., v. PETER MOROSINI.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JOHN N. HOFF v. GUSTAVE CRETENS.— Submit authority in support of the order applied for. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

C. ARTHUR ARNSTEIN, as Trustee, etc., v. WILLIAM J. JUNGE and Others, as Executors, etc., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.